PROB 12B
(7/93)

Report Date: April 7, 2009

# United States District Court

**for the**

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Michael D Pirello                Case Number: 2:05CR00034-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 11/23/2005              Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,     Date Supervision Commenced: 11/17/2009
18 U.S.C. § 922(g)

Original Sentence: Prison - 37 Months;             Date Supervision Expires: 11/16/2012
TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25   You shall reside in a residential reentry center (RRC) for a period up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. You shall abide by the release and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

On March 25, 2009, this officer spoke with Mr. Pirello and his case manager at the Federal Medical Center (FMC), in Lexington, Kentucky. Michael Pirello initially indicated that the judge told him he could go to the Union Gospel Mission and that he would "violate his conditions right away." He further relayed the following: "I have had a shitty life." This officer encouraged him to move forward by signing the modification to go the RCC at Geiger Corrections Center in Spokane, Washington. The offender subsequently agreed to the modification and signed the modification on March 25, 2009. On April 7, 2009, this officer received the Probation Form 49, "Waiver of Hearing to Modify Conditions of Supervised Release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   4-7-09

Brenda J. Kuest
U.S. Probation Officer

Prob 12B
Re:  Pirello, Michael D
April 7, 2009
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

April 9, 2009
_____
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 09 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

25   You shall reside in a residential reentry center (RRC) for a period up to 180 days. This placement may include a pre-release component, dy reporting and home confinement (with or without electronic monitoring but no to include GPS) at the direction of the CCM and USPO. You shall abide by the release and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____     Signed: _____
Tracy Stone                                          Michael D Pirello
Case Manager                                  Probationer or Supervised Releasee

3/25/09
Date