PROB 12C
(7/93)

Report Date: September 23, 2011

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**United States District Court**

**for the**

**Eastern District of Washington**

SEP 27 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Michael D. Pirello            Case Number: 2:05CR00034-001

Address of Offender:            Spokane, WA 99207

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 11/23/2005

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

Original Sentence:     Prison - 37 Months;            Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Joseph H. Harrington         Date Supervision Commenced: 01/15/2010

Defense Attorney:      John C. Perry                Date Supervision Expires: 01/14/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Pirello is considered in violation of his conditions of supervised release by committing another state crime on or about June 21, 2011.

On June 21, 2011, Mr. Pirello was arrested for Second Degree Theft, in violation of RCW 9A.56.040(1)(C), a class C felony, punishable by up to 5 years in a state correctional institution.

According to Spokane police report # 11-186351, on June 21, 2011, Mr. Pirello's employer contacted law enforcement and reported that Mr. Pirello had used a business credit card to make personal purchases in the amount of $4,069.68.

Mr. Pirello is currently in custody and is awaiting trial on the above matter.

Prob12C
Re: Pirello, Michael D.
September 23, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/23/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/27/11
Date